UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NUBIA MAZZARESE

VS.                                     CA No: 1:19-cv-00269JM-PAS

MASHANTUCKET PEQUOT TRIBAL NATION, As Administrator of
Group Long Term Disability Plan for employees of Mashantucket Pequot Tribal Nation,
Alias, MASHANTUCKET PEQUOT TRIBAL NATION, Alias, and HARTFORD
INSURANCE COMPANY, Alias

**STIPULATION OF DISMISSAL**

All claims are dismissed with prejudice, no interest, no cost.

LAW OFFICE OF MARK B. MORSE, LLC         ROBINSON & COLE LLP

By: _____              By: _____
Mark B. Morse (R.I. Bar No. 3003)        Dana Horton (R.I. Bar No. 6251)
420 Angel Street                         One Financial Plaza, Suite 1430
Providence, RI 02906                     Providence, RI 02903
Phone: 401-831-0555                      Phone: 401-709-3352
Email: mark@morselawoffice.com           Email: dhorton@rc.com
*Attorney for Nubia Mazzarese*           *Attorneys for Hartford Insurance
                                         Company*

                                         _____
                                         Jean E. Tomasco
                                         *admitted pro hac vice*
                                         280 Trumbull Street
                                         Hartford, CT 06103
                                         Phone 860-275-8323
                                         jtomasco@rc.com